1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEILA PINHEIRO, | Case No. 12-cv-05165 NC |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| v. | |
| WASHINGTON MUTUAL BANK, F.A., JPMORGAN CHASE BANK, N.A., and DOES 1-20, | Re: Dkt. No. 6 |
| Defendants. | |

Defendant JPMorgan Chase Bank filed a motion to dismiss this action on October 11, 2012.  Plaintiff has not responded.  Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed.  In the alternative, a party who does not oppose the motion must file a statement of nonopposition with the court within fourteen days.  Civ. L. Rule 7-3(b).  "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Accordingly, plaintiff has fourteen days to show cause why this action should not be dismissed.  Also within fourteen days, plaintiff must consent to or decline the jurisdiction of a United States Magistrate Judge.

IT IS SO ORDERED.

Date: November 6, 2012

Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-05165 NC
ORDER TO SHOW CAUSE