1

2

3

4

5

6

7            **UNITED STATES DISTRICT COURT**

8          **NORTHERN DISTRICT OF CALIFORNIA**

9            **SAN FRANCISCO DIVISION**

10   KEILA PINHEIRO,                          Case No. 12-cv-05165 NC

11              Plaintiff,                    **ADMINISTRATIVE ORDER RE:
                                              STAYING PROCEEDINGS**
12         v.

13   WASHINGTON MUTUAL BANK, F.A.,
     JPMORGAN CHASE BANK, N.A., and
14   DOES 1-20,

15              Defendants.

16

17        On January 3, 2013, the parties participated in an ADR phone conference.  A second

18   phone conference is scheduled for February 15, 2013, and the parties are currently

19   considering alternatives to litigation for resolving their dispute.

20        Accordingly, by January 30, 2013 the parties must file a stay of proceedings or

21   indicate in their case management statement that they wish to continue with litigation.  Also

22   by January 30, 2013, plaintiff must consent to or decline the jurisdiction of a United States

23   magistrate judge.

24        IT IS SO ORDERED.

25        Date: January 8, 2013

26                                            Nathanael M. Cousins
                                              United States Magistrate Judge
27

28

Case No. 12-cv-05165 NC
ADMINISTRATIVE ORDER RE:
STAYING PROCEEDINGS