1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEILA PINHEIRO,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, F.A.,<br>JPMORGAN CHASE BANK, N.A., and<br>DOES 1-20,<br><br>    Defendants. | Case No. 12-cv-05165 NC<br><br>**ADMINISTRATIVE ORDER RE:**<br>**STAYING PROCEEDINGS** |

On January 3, 2013, the parties participated in an ADR phone conference.  A second phone conference is scheduled for February 15, 2013, and the parties are currently considering alternatives to litigation for resolving their dispute.

Accordingly, by January 30, 2013 the parties must file a stay of proceedings or indicate in their case management statement that they wish to continue with litigation.  Also by January 30, 2013, plaintiff must consent to or decline the jurisdiction of a United States magistrate judge.

IT IS SO ORDERED.

Date: January 8, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge