IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEILA PINHEIRO,

        Plaintiff,

v.

WASHINGTON MUTUAL BANK, F.A., and others,

        Defendants.
_____/

No. CV- 12-5165 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The above-titled action is hereby DISMISSED pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

Dated: February 25, 2013

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk